USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOROTHEA FIELDS, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

TRES COLORI, INC.,

    *Defendant*.

_____/

Case No. 1:23-cv-7245

**MEMORANDUM ENDORSED**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Dorothea Fields, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Dorothea Fields, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 03, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
NY Bar No. 5195185
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 03, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                        By:     */s/ Andrew J. Shamis*
                                  Andrew J. Shamis, Esq.

*Counsel for Plaintiff*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i).
The Court notes that while this stipulation purports to dismiss the claims of unnamed members of a purported class, no class was ever certified by the Court. Therefore, there are no claims by or on behalf of any purported class members in this action that can be dismissed. Plaintiff's counsel appears to misapprehend the effect of including class claims in a complaint. Since no class was certified and no lead counsel was appointed, Plaintiff's counsel has no authority to take action on behalf of unnamed purported class members.
The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 3, 2023
New York, New York

                                                        GREGORY H. WOODS
                                                United States District Judge